UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



3/1/2022

BNSF Logistics, LLC,

                    Plaintiff,

      -against-

Williams Lea, Inc.,

                    Defendant.

1:21-cv-07133 (JPO) (SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

        A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, May 19, 2022, at 2:00 p.m. The conference shall proceed by telephone.

        The Court will provide dial-in information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:     New York, New York
            March 1, 2022

_____
STEWART D. AARON
United States Magistrate Judge